

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2018

No. 04-18-00044-CR

Robert **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9639
Honorable Melisa Skinner, Judge Presiding

## O R D E R

Mary Beth Sasala's notification of late record is hereby GRANTED. The reporter's record is due on April 20, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of March, 2018.

_____
Keith E. Hottle
Clerk of Court